# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Michael Christian Valero<br>*Defendant(s)* | Case No. **SA:23-MJ-1433** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 18, 2023 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Max 20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment, $5000 additional assessment |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

RIGOBERTO GARZA II
Digitally signed by RIGOBERTO GARZA II
Date: 2023.10.12 09:51:40 -05'00'

*Complainant's signature*

Rigoberto Garza II, Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 10/12/2023

*Judge's signature*

City and state: San Antonio, Texas       Elizabeth S. Chestney, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § |
| | Case No. **SA:23-MJ-1433** |
| V. | § § § § |
| Michael Christian Valero | § § |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Rigoberto Garza II, being first duly sworn, hereby depose and state as follows:

1.   I am currently employed as a Special Agent with United States Homeland Security Investigations (HSI) and have been employed since February 2006. I graduated from the Criminal Investigator Training Program (CITP) and ICE Special Agent Training (SAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I am currently assigned to the Office of the Special Agent in Charge (SAC) in San Antonio, Texas. My specialized training and experiences as a DHS SA include, but are not limited to, criminal investigations in the areas of computer-based crimes, which include child abuse and exploitation, threats and extortion, and cyberstalking. I have participated in the execution of arrest warrants, search warrants, evidence collection, and interviewing witnesses. I am currently assigned to DHS-HSI, San Antonio, Texas, Child Exploitation Group, where I conduct investigations and have executed search and arrest warrants relating to violations of the laws of the United States as they relate to computer-related crimes. I have had the opportunity to observe and review examples of child pornography in various forms of media, including computer media.

2.   The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

3.   Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that **Michael Christian VALERO** has committed the federal offenses of Possession of material involving the sexual exploitation of children, in violation of Title 18 U.S.C. § 2252(a)(4)(B).

## Probable Cause

4. The National Center for Missing and Exploited Children ("NCMEC") is an organization that serves as an information clearinghouse and national resource center on issues related to victims, missing, and exploited children. NCMEC has generated sixteen (16) CyberTipline Reports listing IP Address **162.197.44.206** as the Suspect IP Address, with dates ranging from September 2020 through June 2023.

5. According to AT&T, the subscriber data associated with IP address **162.197.44.206**, includes the following:

    a. Service Address: **** Fairhaven St #3204, San Antonio, TX 78229 (SUBJECT PREMISES)
    b. Alt CBR: **805-268-1142**
    c. Established: 01/02/2019

6. According to T-Mobile, the subscriber data associated with cell phone number **805-268-1142** was identified as associated to a previous address used by **VALERO**.

7. I reviewed a CyberTip Report (CT) dated June 18, 2023. According to the CT, a Snapchat user utilizing IP Address **162.197.44.206**, who provided the Snapchat account **sciscigonzo19**, with associated email address **sciscigonzo21@yahoo.com,** used Snapchat to upload two files of child pornography, one of which is described herein.

FILE DESCRIPTION: I viewed the file, which is a forty-seven second video of an adult male penetrating the mouth of two fully nude prepubescent females in a manner consistent with oral sex. The male subject can seen from the torso down, and is wearing a black shirt pulled up to his torso and with jeans and underwear which are pulled below his penis, which is exposed. The video begins with one of the prepubescent females, aged approximately seven to ten years old with the male's penis inside her mouth. The second prepubescent female, aged approximately seven to ten years old, is standing next to the male and prepubescent female, and is then told by the male that she needs to put his penis in her mouth along with the first prepubescent female. The first prepubescent female states the second prepubescent female has to do it one more time, and can be heard saying aloud not to be asked if she likes doing that because she does not like doing that (having the male's penis inside her mouth).

8. On October 11, 2023, federal agents with DHS-HSI executed a federal search warrant at the residence located at **** **Fairhaven Street, Apartment #3204, San Antonio, TX.**

9. During the search, Agents encountered **VALERO** and advised him of his Miranda rights. **VALERO** agreed to be interviewed outside the presence of an attorney and provided the following information.

    a. **VALERO** lives in Apartment #3204 of the building on the property. VALERO stated his cellphone number is **805-268-1142.**

    b. **VALERO** knows child pornography is images or videos depicting individuals under the age of 18 engaged in sexual activity.

    c. According to **VALERO,** he has used social media accounts associated to SnapChat and Kik Messenger to receive, possess, and send child pornography.

    d. **VALERO** stated he previously used Reddit discussion board postings and subpostings to learn how to search and obtain child pornography files, which he often found on postings with the keywords "No Limits", to be associated with child pornography content.

    e. **VALERO** stated he knowingly searched out, received, distributed and possessed child pornography through alias social media and corresponding email accounts he created, including SnapChat accounts: **sciscigonzo19**, **bixxav9911**, **garciagurl2125**, and **bigmicah28**, and Kik Messenger account: **micaylahjussalesbian_yzq,** as well as others.

10.    On October 11, 2023, pursuant to the execution of the federal search warrant, 10 electronic devices were seized from **VALERO** and from within Apartment #3204 located at **\*\*\*\* Fairhaven Street, Apartment #3204, San Antonio, TX,** within the Western District of Texas; specifically, 2 laptops, 3 tablets, 2 phones, and 4 flash drives. Forensic analysis of all devices is forthcoming.

11.    Based on the facts as stated in this document, there is probable cause to believe **Michael Christian VALERO** has committed the federal offenses of Possession of material involving the sexual exploitation of minors, in violation of Title 18 2252(a)(4)(B).

12.    I respectively request that the Court issue a Criminal Complaint for **Michael Christian VALERO**.

FURTHER AFFIANT SAYETH NOT.

                                                    Respectfully submitted,

                                                    RIGOBERTO GARZA II    *Digitally signed by RIGOBERTO GARZA II*
                                                                                Date: 2023.10.12 09:52:18 -05'00'

                                                    Special Agent Rigoberto Garza II, HSI

Sworn to and subscribed telephonically on this   12th   day of October 2023.

                                                                         THE HONORABLE ELIZABETH S. CHESTNEY
                                                                           UNITED STATES MAGISTRATE JUDGE